# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **TAIWO AYORINDE,**<br>　　*Plaintiff,* | § | |
| | § | |
| **v.** | § | MO:23-CV-00012-DC |
| | § | |
| **TEAM INDUSTRIAL SERVICES INC,**<br>　　*Defendant.* | § | |

## FINAL JUDGMENT

In accordance with the Court's Order (Doc. 35), Defendant's Motion for Summary Judgment is granted. Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Defendant's Motion for Summary Judgment be **GRANTED** and Plaintiff's Motion for Summary Judgment be **DENIED**.

It is also **ORDERED** that all pending motions be **DENIED** as **MOOT**.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 20th day of February, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE